FILED

APR 1 4 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                              DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM RUCKER, | ) | Case No. CV 08-1410-RSWL (MLG) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 13, 2011

RONALD S.W. LEW
_____
Ronald S.W. Lew
Senior United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY